```
                                           FILED
                                      U.S. DISTRICT COURT
                                         SAVANNAH DIV.
                                      2012 AUG 10 AM 11:29
                                      CLERK_____
                                      SO. DIST. OF GA.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIE LAWRENCE III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV412-117 |
| ) | |
| SHERIFF AL ST. LAWRENCE, in ) | |
| his official capacity as ) | |
| Sheriff, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA